THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8    KARANBIR SINGH, HARPREET SINGH, and
     NASTEHO OMAR,

9                              Plaintiffs,

10          v.

11   IQ DATA, a Washington for profit corporation,

12

13                             Defendant.

NO. 2:22-cv-00418-RSM

**ORDER REGARDING PLAINTIFFS'
MOTION TO FILE DOCUMENTS UNDER
SEAL**

14

15          THIS MATTER came before the Court on Plaintiffs' Motion to File Documents Under Seal.

16   Prior to ruling, the Court considered the following documents:

17          1.      Plaintiffs' Motion to File Documents Under Seal or In Open Court; and

18          2.      The Declaration of Elizabeth A. Adams in Support of Motion to File Documents

19   Under Seal or In Open Court.

20          Based on the foregoing, the Court rules as follows:

21   ☐ IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

22   Exhibit 3 to the Adams Declaration shall remain SEALED.

23          DATED this 14th day of July, 2022.

24

25

26   RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com